UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIGI GIROTTO,<br><br>                                    Plaintiff,<br><br>     -v-<br><br>MORGANE LE FAY SOHO LLC et al.,<br><br>                                    Defendants. | CIVIL ACTION NO.: 21 Civ. 10107 (PAE) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE**, United States Magistrate Judge.

On March 30, 2022, the Court extended until May 9, 2022, the deadline for Defendant's to answer, move, or otherwise respond to the Complaint.  (ECF No. 20).  To date, Defendant has not responded to the Complaint.  As a one-time courtesy, the Court sua sponte extends this deadline, and directs Defendants to answer, move, or otherwise respond to the Complaint by **Friday, May 13, 2022**.  Defendants are warned that failure to respond may result in the entry of a certificate of default.  See Fed R. Civ. P. 55(a) ("When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.").

Dated:      New York, New York
            May 10, 2022

                                                    SO ORDERED.

                                                    _____
                                                    **SARAH L. CAVE**
                                                    **United States Magistrate Judge**